1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

Haas Automation, Inc.,

     Plaintiff,

        v.

Haas Multigrind, LLC,

     Defendant.

No.: 2:21-cv-04187-CBM (CFEx)

The Hon. Consuelo B. Marshall

**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE [27]** JS-6

   **IT IS ORDERED** that this action (including all claims, counterclaims, and defenses, whether they were asserted, could have been asserted, attempted to be asserted, or intended to be asserted) is hereby dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), and with each party to bear its own attorneys' fees and costs.

DATED: APRIL 25, 2022

                         HON. CONSUELO B. MARSHALL

                         United States District Judge